UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-3092


LUIS DIAZ ALMANZAR
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA


(Agency No. A058-293-120)

Present: KRAUSE, BIBAS, and AMBRO, Circuit Judges

1. Motion by Petitioner to publish opinion dated 07/28/2023

_____ORDER_____

The foregoing motion is GRANTED. Accordingly, the court's non-precedential opinion in this matter dated July 27, 2023 will be redesignated as precedential and published in the *Federal Reporter*.  The filing date of the judgment is not changed.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge


Dated: March 29, 2024
Tmm/cc: All Counsel of Record